TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
LORENA FLORES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LORENA FLORES,<br><br>  Defendant. | No. 2:22-CR-00128 TLN<br><br>**STIPULATION AND ORDER**<br><br>Date:  May 30, 2024<br>Time:  9:30 am<br>Dept:  Honorable Judge Troy L. Nunley |

The Government, by and through its counsel of record, Zulkar Kahn, and defendant Lorena Flores, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1. On April 24, 2024, Ms. Flores made her initial appearance on a revocation of supervised release and was detained. (ECF No. 14.) She appeared on April 25, 2024 for an admit/deny hearing and admitted allegations 1-4 of the superseding petition for violation of supervised release. (ECF No. 17.) A dispositional hearing was set for May 16, 2024 and probation was given discretion to release her to Wellspace if a bed became available. (ECF No. 17.)

2. The disposition hearing was later vacated by the Court due to unavailability and reset to

May 30, 2024. (ECF No. 18.) Defense counsel is unavailable on May 30, 2024. The dispositional memorandum was filed on May 21, 2024. (ECF No. 20.)

3.  Additional time is needed for defense counsel to meet with Ms. Flores and review the dispositional memorandum and otherwise prepare for disposition.

4.  By this stipulation, defendant now moves to continue the disposition hearing until July 11, 2024.

5.  Probation has secured a bed for Ms. Flores and requests that the Court release her to be transported to Wellspace on May 30, 2024. It is requested that she be ordered to report to Wellspace no later than 7:00 p.m. on May 30, 2024.

Additionally, it is requested that, if she is released into Wellspace, that the following condition be added upon her release:

"You must participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 180 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary. The probation officer, in consultation with the treatment provider, will supervise your participation in the program."

6.  Neither the Government nor probation officer object to the continuance.

IT IS SO STIPULATED.

Dated:  May 28, 2024

                                     PHILLIP A. TALBERT

                                     United States Attorney

                                     /s/ ZULKAR KAHN
                                     ZULKAR KAHN
                                     Assistant United States Attorney

| | |
|---|---|
| Dated:  May 28, 2024 | /s/ TONI WHITE |
| | TONI WHITE |
| | Counsel for Defendant |
| | LORENA FLORES |

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the May 30, 2024 disposition hearing and resets the matter for disposition hearing on July 11, 2024, at 9:30 a.m.

It is further ordered that Ms. Flores be released on May 30, 2024 to be transported to Wellspace on May 30, 2024. She must report to Wellspace no later than 7:00 p.m. on May 30, 2024. The Court attaches the following condition to her release:

"You must participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 180 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

IT IS SO ORDERED.

Date:  May 29, 2024

_____
Troy L. Nunley
United States District Judge

3