UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 30, 2024

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

LORENA FLORES,

Defendant.

Case No.  1:22-CR-00128-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release LORENA FLORES,

Case No. 1:22-CR-00128-TLN-, Charge 18 U.S.C. § 3606, from custody for the following

reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

X    (Other): Release to be transported to Wellspace and to report
to Wellspace no later than 7:00 p.m. on May 30, 2024.

Issued at Sacramento, California on May 30, 2024.

By: _____

District Judge Troy L. Nunley